UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22995-CIV-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lauren F. Louis' Report and Recommendation ("Report") on Plaintiff Silva Harapeti's motion for conditional certification of collective action. (DE 63). In the Report, Judge Louis recommends that Plaintiff's motion be denied. No objections to the Report were filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

    1.    Judge Louis' Report (DE 63) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's motion is (DE 38) is **DENIED.**

**DONE AND ORDERED** in chambers in Miami, Florida this 5th day of February, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE