UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CIV-22995-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Lauren F. Louis's Report and Recommendation ("***the Report***") (DE 106) on Plaintiff Silva Harapeti's ("***Plaintiff***") Renewed Motion to Extend Discovery and Dispositive Motion Deadlines ("***Motion***"). (DE 97.) The Report recommends that the Court denies Plaintiff's Motion. No objections to the Report have been filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 106) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines (DE 97) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 6th day of December, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE