UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-CV-22995-KMW

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC., *a Foreign Profit Corporation*, *et al.*,

    Defendants.

_____/

## NOTICE OF FILING SUPPLEMENT TO DEFENDANTS' EXPEDITED MOTION TO CONTINUE TRIAL (DE 134)

Pursuant to Federal Rule of Civil Procedure 16, Defendants CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation ("Defendants" or "CBS"), by and through undersigned counsel, hereby submit this Notice of Filing Supplement to Defendants' Expedited Motion to Continue (DE 134) ("Motion to Continue"), and state as follows:

1. On December 23, 2021, CBS filed the Motion to Continue seeking to continue the trail scheduled for the two-week period beginning January 18, 2022 to allow the Court sufficient time to rule on various pending motions filed by both parties, including a Motion to Consolidate (DE 132) filed by Plaintiff Silva Harapeti ("Plaintiff"), that are likely to affect the scope of trial in this case and Plaintiff's separately-filed case brought under the Fair Labor Standards Act, Case No. 20-cv-20961, the "FLSA Case").

2. Plaintiff's response to the Motion to Continue is presently due January 6, 2022.

3. Since the filing of the Motion to Continue, COVID cases throughout the United States and Florida have continued to rise. Indeed, CBS now submits this Notice to advise the

1

Court that one of CBS's lead counsel on this matter, Paul Evans—who was previously under quarantine for potential exposure to COVID—has now tested positive for COVID. *See* Declaration of Paul Evans, attached hereto as **Exhibit A**.

4. Mr. Evans' required quarantine has compromised CBS's ability to prepare for trial as it has precluded him from traveling to Miami for purposes of witness preparation and trial preparation in general. *See id.*

5. Accordingly, CBS respectfully submits that, in addition to the reasons stated in the Motion to Continue, Mr. Evans' recent diagnosis provides additional good cause on which to continue the trial currently scheduled for January 18, 2022. As noted in the Motion to Continue, a continuance of the trial period is in the best interests of the parties and the Court, as it will allow the Court to adjudicate the pending motions identified in the Motion to Continue and, now, allow Mr. Evans time to recover and obtain a negative test so that he can resume in-person participation in preparation for trial.

6. Pursuant to Local Rule 7.1(a)(3), counsel for CBS has further conferred with counsel for Plaintiff on CBS's Motion to Continue, in light of Mr. Evans' recent diagnosis. Plaintiff continues to oppose CBS's Motion to Continue and notes that the required quarantine for COVID-positive individuals is now only 5 days per CDC recommendation.

Respectfully submitted this 6th day of January, 2022.

> BAKER & MCKENZIE LLP
> *Attorneys for CBS Television Stations, Inc.*
> Sabadell Financial Center
> 1111 Brickell Avenue, Suite 1700
> Miami, Florida 33131
> Telephone: (305) 789-8900
> Facsimile: (305) 789-8953

By: /s/ *William V. Roppolo*
William V. Roppolo, Esq.
Florida Bar No. 182850
william.roppolo@bakermckenzie.com

Benjamin C. Davis, Esq.
Florida Bar No. 110734
benjamin.davis@bakermckenzie.com

*– and –*

Blair J. Robinson (*Pro Hac Vice*)
Paul C. Evans (*Pro Hac Vice*)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1632
blair.robinson@bakermckenzie.com
paul.evans@bakermckenzie.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Benjamin C. Davis*
Benjamin Davis, Esq.

## SERVICE LIST

**SILVA HARAPETI,**

v.

**CBS TELEVISION STATIONS, INC.,** *et al.***,**

**CASE NO: 20-CV-22995-KMW**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005
*Attorneys for Plaintiff Silva Harapeti*