**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:20-cv-22995**

SILVA HARAPETI,

    Plaintiff,
vs.

CBS TELEVISION STATIONS, INC., et al.

    Defendants.
_____/

## NOTICE OF MEDIATION CONFERENCE

The Plaintiff Silva Harapeti, by and through her undersigned counsel, hereby notifies the Court of the parties' agreement to a mediator and a date, time, and location. The parties have designated Susan Eisenberg, Esq. as the mediator in this case. The parties have agreed to hold mediation on April 7, 2022 commencing at 10:00 A.M. remotely via Zoom Videoconference.

Dated: March 22, 2022

Respectfully submitted,

/s/ Peter M. Hoogerwoerd

Peter M. Hoogerwoerd, Esq.
Florida Bar No.:188239
Email: pmh@rgpattorneys.com