UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-CV-22995-KMW

SILVA HARAPETI,

    Plaintiff,

vs.

CBS TELEVISION STATIONS INC., *a Foreign Profit Corporation*, *et al.*,

    Defendants.

_____/

**NOTICE REGARDING MEDIATION**

Defendants CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation ("Defendants"), by and through undersigned counsel, hereby submit this Notice Regarding Mediation, and state as follows:

1. On March 22, 2022, Plaintiff Silva Harapeti ("Plaintiff") filed a Notice of Mediation, notifying the Court that the parties agreed to, and scheduled, a third mediation in the above-captioned matter to occur on April 7, 2022. *See* (DE 148). The parties also mediated the claims asserted in Plaintiff's separately-filed case also pending before this Court, No. 20-cv-20961, at the same mediation.

2. The parties attended the mediation on April 7, 2022.

3. Although the parties did not reach a settlement on April 7, 2022, the parties nonetheless agreed to hold the mediation open.

4. On Monday, April 11, 2022, Defendants conveyed a settlement offer to resolve both the above-captioned case and Case No. 20-cv-20961 to Plaintiff through the mediator.

5.  Defendants are presently awaiting a response to their April 11th offer.

Respectfully submitted this 13th day of April, 2022.

        BAKER & MCKENZIE LLP
*Attorneys for CBS Television Stations, Inc.*
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953

By: /s/ *William V. Roppolo*
William V. Roppolo, Esq.
Florida Bar No. 182850
william.roppolo@bakermckenzie.com

Benjamin C. Davis, Esq.
Florida Bar No. 110734
benjamin.davis@bakermckenzie.com

*– and –*

Blair J. Robinson (*Pro Hac Vice*)
Paul C. Evans (*Pro Hac Vice*)
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1632
blair.robinson@bakermckenzie.com
paul.evans@bakermckenzie.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ <i>Benjamin C. Davis</i><br>Benjamin Davis, Esq.

<u>**SERVICE LIST**</u>

**SILVA HARAPETI,**

v.

**CBS TELEVISION STATIONS, INC.,** *et al.*,

**CASE NO: 20-CV-22995-KMW**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Peter M. Hoogerwoerd, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com
Phone: (305) 416-5000
Facsimile: (305) 416-5005
*Attorneys for Plaintiff Silva Harapeti*