UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22995-CIV-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Lauren Fleischer Louis's Report and Recommendation ("***the Report***") (DE 150) that the Court grant the Motion for Summary Judgment ("***the Motion***") filed by Defendants CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation (collectively, "***Defendants***"). (DE 95.) In the Report, Judge Louis concludes that "the evidence advanced by Plaintiff in opposition to the [M]otion falls short of establishing a prima facie case on any of her claims challenged on the Motion, [and thus] recommends that Defendants' Motion . . . is due to be granted." (DE 150 at 6.) Plaintiff Silva Harapeti ("***Plaintiff***") filed objections to the Report and Defendants responded. (DE 153; DE 154.) Upon an independent review of the Report, Plaintiff's objections, Defendants' response, the underlying record, and applicable case law, the Court agrees with Judge Louis's conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 150) are **AFFIRMED AND ADOPTED**.
2. Defendants' Motion for Summary Judgment (DE 95) is **GRANTED**.
3. This action is **DISMISSED**.
4. Defendants' Motion in Limine (DE 116), Plaintiff's Motion to Consolidate Cases (DE 132), Defendants' Motion for Leave to File a Sur-Reply to Plaintiff's Motion to Consolidate Cases (DE 146), and any other pending motions are **DENIED AS MOOT**.

5. All deadlines, hearings, and/or trial settings are **CANCELED**.

6. The Clerk of Court is directed to **CLOSE** this case.

7. An order of final judgment will follow separately.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 20th day of September, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE