UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22995-CIV-WILLIAMS

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS INC., *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT ORDER

**THIS MATTER** is before the Court following the entry of an order (DE 155) affirming and adopting U.S. Magistrate Judge Lauren Fleischer Louis's Report and Recommendation (DE 150) and granting the Motion for Summary Judgment filed by Defendants CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation. (DE 95.)

In accordance with that order (DE 155), it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants CBS Television Stations Inc., CBS Broadcasting, Inc., and CBS Corporation. Plaintiff Silva Harapeti shall take nothing from her claims.

2. This case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 20th day of September, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE