**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-22995-CIV-WILLIAMS**

SILVA HARAPETI,

    Plaintiff,

v.

CBS TELEVISION STATIONS INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Lauren Fleischer Louis's Report and Recommendation ("***the Report***") (DE 162) that the Court deny *pro se* Plaintiff Silva Harapeti's ("***Plaintiff***") Motion for Permission to Appeal *In Forma Pauperis* ("***the Motion***"). (DE 158.) In the Report, Judge Louis states that Plaintiff's Motion has "fail[ed] to 'state[] the issues that [Plaintiff] intends to present on appeal.'" (DE 162 at 2 (quoting Fed. R. App. P. 24(a)(1)(C)).) Judge Louis also notes that Plaintiff has also failed to "identify the issues she intends to raise on appeal in her *Pro Se* Notice of Appeal . . . . [and therefore,] the Motion is deficient for failure to comply with Federal rule of Appellate Procedure 24(a)(1)." (DE 162 at 2.) No objections to the Report have been filed. Upon an independent review of the Report, the underlying record, and applicable case law, the Court agrees with Judge Louis's findings and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 162) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* (DE 158) is **DENIED WITHOUT PREJUDICE**.
3. This case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 15th day of November, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Silva Harapeti, *Pro Se*
P.O. Box 3145
Burbank, CA 91508